371 A.2d 236
Commonwealth v. Phillips, Appellant.

Submitted June 14, 1976. Irwin Lee Gross, and LaCheen, Doner, Lacheen & Gross, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 236
Commonwealth v. Povish, Appellant.

Submitted December 16, 1975. Kenneth D. Brown, Assistant Public Defender, and Peter T. Campana, Public Defender, for appellant; Robert F. Banks, First Assistant District Attorney, and Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.